UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
LUIS LUCERO, JOAQUIN COLIN, and JOSE ARGUETA,
individually and on behalf of all others similarly situated,

                                              Civil Action No.
                            Plaintiff,               1:21-cv-08675-LGS

-against-

SHAKER CONTRACTORS, CORP. and SHER GUL,

                            Defendants.
-----------------------------------------------------------------------------X

## **STATEMENT OF DAMAGES**

Principal amount sued for……………………………………….…………..…$366,320.69

Plaintiff Luis Lucero:
Wage/Hour Interest at 9% of $23,188.00
from June 6, 2017 until January 19, 2022………………………………….………….$9,651.29

Plaintiff Joaquin Colin:
Wage/Hour Interest at 9% of $52,957.35
from February 19, 2018 until January 19, 2022…………………………….….…..…$18,672.91

Plaintiff Jose Argueta:
Wage/Hour Interest at 9% of $92,015.00
from March 26, 2018 until January 19, 2022………………….………….……….$31,650.64


Attorneys' Fees …………………………………………………...………..$11,452.50

Costs and Disbursements:

Clerk's fee………………………………………………………………….......….$402.00
Process Server fee for service……………………………………………………....$279.00
Translations…………………………………………………………………....……$657.20

Total (as of January 19, 2022)…………………………………………………….$439,086.23


## **AFFIX AS EXHIBITS – COPY OF:**

    **PLAINTIFFS' DAMAGES CALCULATIONS SPREADSHEET**

Lucero et al. v. Shaker Contractors, Corp. et al.

1:21-cv-08675-LGS

**Summary of Plaintiffs' Damages**

| Plaintiff | Unpaid OT Wages | Unpaid Regular Wages | Unpaid Spread of Hours Wages | Total Unpaid Wages | Liquidated Damages | Notice Penalties | Total |
|---|---|---|---|---|---|---|---|
| Luis Lucero | $19,188.00 | $4,000.00 | $0.00 | $23,188.00 | $23,188.00 | $10,000.00 | $56,376.00 |
| Joaquin Colin | $47,057.35 | $5,900.00 | $0.00 | $52,957.35 | $52,957.35 | $10,000.00 | $115,914.69 |
| Jose Argueta | $81,415.00 | $4,300.00 | $6,300.00 | $92,015.00 | $92,015.00 | $10,000.00 | $194,030.00 |
| Totals | $147,660.35 | $14,200.00 | $6,300.00 | $168,160.35 | $168,160.35 | $30,000.00 | $366,320.69 |

Case 1:21-cv-08675-LGS-JW   Document 18   Filed 01/19/22   Page 3 of 4
Lucero et al. v. Shaker Contractors, Corp. et al.
1:21-cv-08675-LGS

**Plaintiffs' Damages Calculations**

| Plaintiff | Period Start | Period End | Weeks Worked | Hours Worked Per Week | Daily Salary | Reg. Rate of Pay | OT Premium Rate | OT Hours Worked Per Week | OT Wages Owed Per Week | Unpaid OT Wages | OT Liquidated Damages | Payroll Notices | Unpaid Late Wages | Unpaid Late Wages Liquidated damages | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Luis Lucero | 6/10/2015 | 12/31/2015 | 29 | 50 | $ 140.00 | $ 16.80 | $8.40 | 10 | $84.00 | $2,436.00 | $2,436.00 | | | | $4,872.00 |
| | 1/1/2016 | 12/31/2016 | 52 | 50 | $ 147.50 | $ 17.70 | $8.85 | 10 | $88.50 | $4,602.00 | $4,602.00 | | | | $9,204.00 |
| | 1/1/2017 | 12/31/2017 | 52 | 50 | $ 155.00 | $ 18.60 | $9.30 | 10 | $93.00 | $4,836.00 | $4,836.00 | | | | $9,672.00 |
| | 1/1/2018 | 12/31/2018 | 52 | 50 | $ 162.50 | $ 19.50 | $9.75 | 10 | $97.50 | $5,070.00 | $5,070.00 | | | | $10,140.00 |
| | 1/1/2019 | 6/3/2019 | 22 | 50 | $ 170.00 | $ 20.40 | $10.20 | 10 | $102.00 | $2,244.00 | $2,244.00 | | | | $4,488.00 |
| | | | | | | | | | | $19,188.00 | $19,188.00 | $10,000.00 | $4,000.00 | $4,000.00 | $56,376.00 |

| Interest Calculations - Luis Lucero | | | |
|---|---|---|---|
| Principal | $23,188.00 | Start Date | 6/10/2015 |
| Annual Interest Rate | 9% | End Date | 6/3/2019 |
| Daily Interest Rate | 0.000246575 | 1/2 Total Days | 727 |
| Daily Interest Amount | $5.72 | Midpoint Date | 6/6/2017 |
| Midpoint Date | 6/6/2017 | | |
| Today's Date | 1/19/2022 | | |
| # of Days from Midpoint to Today | 1688 | | |
| Interest to Date | $9,651.29 | | |

| Plaintiff | Period Start | Period End | Weeks Worked | Hours Worked Per Week | Daily Salary | Reg. Rate of Pay | OT Premium Rate | OT Hours Worked Per Week | OT Wages Owed Per Week | Unpaid OT Wages | Liquidated Damages | Payroll Notices | Unpaid Late Wages | Unpaid Late Wages Liquidated damages | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joaquin Colin | 6/10/2015 | 12/31/2015 | 29 | 58 | $ 200.00 | $ 24.14 | $12.07 | 18 | $217.24 | $6,300.00 | $6,300.00 | | | | $12,600.00 |
| | 1/1/2016 | 12/31/2016 | 52 | 58 | $ 200.00 | $ 24.14 | $12.07 | 18 | $217.24 | $11,296.55 | $11,296.55 | | | | $22,593.10 |
| | 1/1/2017 | 4/30/2017 | 17 | 58 | $ 200.00 | $ 24.14 | $12.07 | 18 | $217.24 | $3,693.10 | $3,693.10 | | | | $7,386.21 |
| | 5/1/2017 | 12/31/2017 | 35 | 52 | $ 200.00 | $ 23.08 | $11.54 | 12 | $138.46 | $4,846.15 | $4,846.15 | | | | $9,692.31 |
| | 1/1/2018 | 12/31/2018 | 52 | 52 | $ 200.00 | $ 23.08 | $11.54 | 12 | $138.46 | $7,200.00 | $7,200.00 | | | | $14,400.00 |
| | 1/1/2019 | 3/31/2019 | 13 | 52 | $ 200.00 | $ 23.08 | $11.54 | 12 | $138.46 | $1,800.00 | $1,800.00 | | | | $3,600.00 |
| | 4/1/2019 | 12/31/2019 | 39 | 52 | $ 210.00 | $ 24.23 | $12.12 | 12 | $145.38 | $5,670.00 | $5,670.00 | | | | $11,340.00 |
| | 1/1/2020 | 10/31/2020 | 43 | 52 | $ 210.00 | $ 24.23 | $12.12 | 12 | $145.38 | $6,251.54 | $6,251.54 | | | | $12,503.08 |
| | | | | | | | | | | $47,057.35 | $47,057.35 | $10,000.00 | $5,900.00 | $5,900.00 | $115,914.69 |

| Interest Calculations - Joaquin Colin | | | |
|---|---|---|---|
| Principal | $52,957.35 | Start Date | 6/10/2015 |
| Annual Interest Rate | 9% | End Date | 10/31/2020 |
| Daily Interest Rate | 0.000246575 | 1/2 Total Days | 985 |
| Daily Interest Amount | $13.06 | Midpoint Date | 2/19/2018 |
| Midpoint Date | 2/19/2018 | | |
| Today's Date | 1/19/2022 | | |
| # of Days from Midpoint to Today | 1430 | | |
| Interest to Date | $18,672.91 | | |

Lucero et al. v. Shaker Contractors, Corp. et al.
1:21-cv-08675-LGS

**Plaintiffs' Damages Calculations**

| Plaintiff | Period Start | Period End | Weeks Worked | Hours Worked Per Week | Daily Salary | Reg. Rate of Pay* | OT Premium Rate | OT Hours Worked Per Week | OT Wages Owed Per Week | Spread of Hours | Unpaid OT Wages | Liquidated Damages | Payroll Notices | Unpaid Late Wages | Unpaid Late Wages Liquidated damages | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jose Argueta | 6/10/2015 | 12/31/2015 | 29 | 78 | $140.00 | $13.08 | $6.54 | 38 | $248.46 | $0.00 | $7,205.38 | $7,205.38 | | | | $14,410.77 |
| | 1/1/2016 | 12/31/2016 | 52 | 78 | $147.50 | $13.75 | $6.88 | 38 | $261.25 | $0.00 | $13,585.00 | $13,585.00 | | | | $27,170.00 |
| | 1/1/2017 | 12/31/2017 | 52 | 78 | $155.00 | $14.42 | $7.21 | 38 | $274.04 | $0.00 | $14,250.00 | $14,250.00 | | | | $28,500.00 |
| | 1/1/2018 | 12/31/2018 | 52 | 78 | $162.50 | $15.10 | $7.55 | 38 | $286.83 | $0.00 | $14,915.00 | $14,915.00 | | | | $29,830.00 |
| | 1/1/2019 | 12/31/2019 | 52 | 78 | $170.00 | $15.77 | $7.88 | 38 | $299.62 | $3,120.00 | $15,580.00 | $18,700.00 | | | | $37,400.00 |
| | 1/1/2020 | 12/31/2020 | 52 | 78 | $170.00 | $15.77 | $7.88 | 38 | $299.62 | $3,120.00 | $15,580.00 | $18,700.00 | | | | $37,400.00 |
| | 1/1/2021 | 1/10/2021 | 1 | 78 | $170.00 | $15.77 | $7.88 | 38 | $299.62 | $60.00 | $299.62 | $359.62 | | | | $719.23 |
| | | | | | | | | | | $6,300.00 | $81,415.00 | $87,715.00 | $10,000.00 | $4,300.00 | $4,300.00 | $194,030.00 |

*Includes $40 per week in addition to Argueta's daily wages

| Interest Calculations - Jose Argueta | | | |
|---|---|---|---|
| Principal | $92,015.00 | Start Date | 6/10/2015 |
| Annual Interest Rate | 9% | End Date | 1/10/2021 |
| Daily Interest Rate | 0.000246575 | 1/2 Total Days | 1020.5 |
| Daily Interest Amount | $22.69 | Midpoint Date | 3/26/2018 |
| Midpoint Date | 3/26/2018 | | |
| Today's Date | 1/19/2022 | | |
| # of Days from Midpoint to Today | 1395 | | |
| Interest to Date | $31,650.64 | | |