UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X
LUIS LUCERO, JOAQUIN COLIN, and JOSE ARGUETA,
individually and on behalf of all others similarly situated,

       Plaintiff,

-against-

SHAKER CONTRACTORS, CORP. and SHER GUL,

       Defendants.
------------------------------------------------------------------------------X

Civil Action No.
1:21-cv-08675-LGS

## DEFAULT JUDGMENT

  Plaintiffs Luis Lucero, Joaquin Colin, and Jose Argueta ("Plaintiffs") commenced this action on October 22, 2021 by the filing of a Summons and Complaint against defendants Shaker Contractors, Corp. ("Shaker Contractors") and Sher Gul ("Gul") (collectively, "Defendants").

  **WHEREAS**, Defendants were timely served with copies of the Summons and Complaint (Dkt. Nos. 7 and 8);

  **WHEREAS**, Defendants failed to appear in this action;

  **WHEREAS**, on December 17, 2022, certificates of default were issued as to Shaker Contractors and Sher Gul (Dkt. Nos. 13 and 14);

  **WHEREAS**, on January 11, 2022, the Court issued an order requiring the Plaintiffs to file their application for a default judgment by January 19, 2022 (Dkt. No. 15);

  **WHEREAS**, Defendants, who are not infants or incompetent persons, having failed to answer the complaint or retain counsel to defend in this action; and counsel for Plaintiffs having requested an order entering judgment against Defendants by filing a proper motion and declarations, with accompanying exhibits, in accordance with Federal Rules of Civil Procedure 55(b)(2); ~~it is hereby~~

1

WHEREAS, the January 25, 2022, Order scheduled a show cause hearing on February 2, 2022;

WHEREAS, Defendants failed to appear at the hearing. It is hereby

**ORDERED, ADJUDGED, and DECREED that**:

Judgment is entered in favor of Plaintiffs and against defendants Shaker Contractors, Corp. and Sher Gul~~, jointly and severally, as follows:~~. An order referring the case for an inquest on damages will issue separately.

~~In favor of Luis Lucero in the amount of $56,376.00, plus prejudgment interest at _____% per annum from _____; the midpoint of Lucero's employment with Defendants, to _____; in the amount of $_____; for a total sum of $_____; plus post-judgment interest pursuant to 28 U.S.C. §1961;~~

~~In favor of Joaquin Colin in the amount of $115,914.69, plus prejudgment interest at _____% per annum from _____; the midpoint of Colin's employment with Defendants, to _____; in the amount of $_____; for a total sum of $_____, plus post-judgment interest pursuant to 28 U.S.C. §1961;~~

~~In favor of Jose Argueta in the amount of $194,030.00, plus prejudgment interest at _____% per annum from _____; the midpoint of Argueta's employment with Defendants, to _____; in the amount of $_____; for a total sum of $_____; plus post-judgment interest pursuant to 28 U.S.C. §1961; and~~

~~In favor of Katz Melinger PLLC in the amount of $12,790.70 as and for costs and attorneys' fees.~~

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 17.

SO ORDERED:

Date: February 7, 2022

Lorna G. Schofield
UNITED STATES DISTRICT JUDGE