UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS LUCERO, et al.,

                            Plaintiff,                              **ORDER**

            -against-                                       **21-CV-8675 (LGS) (JW)**


SHAKER CONTRACTORS CORP., et al.,

                            Defendant.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

The Honorable Lorna G. Schofield referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendant Shaker Contractors Corp.

Accordingly, IT IS HEREBY ORDERED that, on or before **Tuesday, March 15, 2022**, the plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The plaintiff must serve these documents on Shaker Contractor Corp., and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **Tuesday, April 5, 2022**, the defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the plaintiff.

The plaintiff shall serve the defendants with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated: February 15, 2022
       New York, New York                    _____
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge