**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LUIS LUCERO, et al.,

                     Plaintiffs,                   21 **CIVIL** 8675 (LGS)

        -against-                        **<u>JUDGMENT</u>**

SHAKER CONTRACTORS, CORP., et al.,

                     Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated July 27, 2023, the Report is ADOPTED with the following modifications: Plaintiffs shall recover a total of $341,509.34, reflecting $137,956.82 in unpaid overtime wages, $6,300.00 in unpaid spread of hours wages, $14,200.00 in unpaid wages caused by Defendants' bounced checks and $158,456.82 in liquidated damages. Plaintiffs are further entitled to pre-judgment interest at a rate of 9%. Pre-judgment interest shall accrue from the midpoint date of each Plaintiff's employment as determined by the Report, to the date of judgment. August 12, 2017, for Lucero, interest in the amount of $23,159.64, April 27, 2018, for Colin, interest in the amount of $46,862.54 and June 1, 2018, for Argueta, interest in the amount of $81,018.63. If the judgment remains unpaid after ninety days, Plaintiffs shall be entitled to receive an additional 15% as a penalty. Plaintiffs' counsel shall recover fees and costs of $24,595.70, as reflected in the table appended to the order; accordingly, the case is closed.

**Dated:** New York, New York

     July 27, 2023

                             **RUBY J. KRAJICK**

                          _____

                             **Clerk of Court**

            **BY:**       *K. Mango*

                          _____

                             **Deputy Clerk**